# EXHIBIT C

Exhibit C

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice |
|---------|-----------|-------------|---------|------------------------|----------|-------|-----------------|----------------------|
| 211 | Rockford | $ 122,583.04 | $ 10,192.88 | $ 1,458.18 | $ 3,456.63 | $ 1,935.13 | $ 139,625.86 | $ 41,783.18 |

**Total AR**
$ 181,409.04

## Account Status

## 211 Rockford

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 211-0000800 | Merchandise INV | 24-FEB-20 | 10-MAR-20 | USD | 19,133.04 | 19,133.04 |
| R211030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 10,192.88 | 10,192.88 |
| 211-0000801 | Merchandise INV | 26-FEB-20 | 12-MAR-20 | USD | 29,253.79 | 29,253.79 |
| 211-0000802 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 1,062.18 | 1,062.18 |
| 211-0000803 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 297.00 | 297.00 |
| 211-0000804 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 345.71 | 345.71 |
| 211-0000806 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,964.02 | 2,964.02 |
| 211-0000807 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | 500.00 | 500.00 |
| 211-0000808 | Merchandise INV | 02-MAR-20 | 17-MAR-20 | USD | 18,756.72 | 18,756.72 |
| 211-0000809 | Merchandise INV | 04-MAR-20 | 19-MAR-20 | USD | 30,451.72 | 30,451.72 |
| 211-0000810 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 24,987.77 | 24,987.77 |
| 211-0000811 | Delivery Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 1,089.42 | 1,089.42 |
| 211-0000812 | Delivery Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 99.00 | 99.00 |
| 211-0000813 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 492.61 | 492.61 |
| | | | | | Total Due | 139,625.86 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 211 | 2019 | | | | | | | | INVOICE DATE: | 1/14/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 211 | ROCKFORD | | | | | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 211-113019 | | | | | | | | | | |

| STORE | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | ROCKFORD | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (375.00) | (375.00) | | | (375.00) |
| 211 | ROCKFORD | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 675.00 | 675.00 | | | 675.00 |
| 211 | ROCKFORD | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 2,691.04 | 2,691.04 | | | 2,691.04 |
| 211 | ROCKFORD | ADVERTISING | GOOGLE/FACEBOOK | 113019 | 11/30/19 | GOOGLE & FACEBOOK BILLING FROM CORP ACCOUNT | 1 | 5,859.00 | 5,859.00 | | | 5,859.00 |
| 211 | ROCKFORD | ADVERTISING | GRAPHICS EAST | 81016 | 10/1/19 | ANNIVERSARY SALE POSTERS 13X24 GER60715 | 6 | 5.46 | 5.46 | 4.15 | 0.35 | 10.36 |
| 211 | ROCKFORD | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GER41026 | 6 | 10.31 | 10.31 | | 0.62 | 10.95 |
| 211 | ROCKFORD | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GER41200 | 7 | 8.19 | 8.19 | | 0.49 | 8.68 |
| 211 | ROCKFORD | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 11X7 GER481519 | 24,933 | | | | | 4,933.17 |
| 211 | ROCKFORD | ART VAN | M-STAR INTERNATIONAL TRADING | DM0736564 | 11/11/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 211 | ROCKFORD | ART VAN | M-STAR INTERNATIONAL TRADING | DM0736965 | 11/11/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 28916 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | 0.87 | 0.87 | 0.16 | | 1.03 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 20,100 | 1,044.60 | 1,044.60 | 67.19 | | 1,111.779 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29205 | 11/15/19 | ART VAN ISSUE DATE: 11/3/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 1.85 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29206 | 11/15/19 | ART VAN ISSUE DATE 11/4/19 VETERANS DAY 4 PAGE FULL | 16,050 | | | | | 908.23 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29207 | 11/15/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 63,406 | | | | | 1,342.88 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 63,456 | | | | | 3,848.43 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29210 | 11/7/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 16,050 | | | | | 915.37 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29211 | 11/7/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 63,456 | | | | | 2,401.63 |
| 211 | ROCKFORD | ADVERTISING | NTV8 MEDIA | 29209A | 12/18/19 | ART VAN ISSUE DATE: 11/20/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 211 | ROCKFORD | ADVERTISING | SCREEN WORKS | 63065 | 10/30/19 | VETERANS DAY VERTICAL WINDOW BANNERS 30X50 | 3 | 22.80 | 68.40 | | 4.10 | 72.50 |
| 211 | ROCKFORD | ADVERTISING | SCREEN WORKS | 63115 | 11/21/19 | BLACK FRIDAY SALE VERTICAL WINDOW BANNERS 30X50 | 3 | 22.80 | 68.40 | | 4.10 | 72.50 |
| 211 | ROCKFORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941561 | 10/1/19 | COMPLIANCE FEE FOR CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 211 | ROCKFORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942489 | 11/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 211 | ROCKFORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 143515 | 10/24/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 2 | | | | | 2.00 |

24,451.39

```
Run Date  :   ...10/2019                          ART VAI  ...NITURE                     961229/ACCt      RC_SRV_CD
Run Time  :   ...;33:03                        Franchise Se..ice Credits                 MAN898R/......SYS
Store . . :   211 ROCKFORD FR                    11/01/2019 to 11/30/2019
Page  . . :   00001
Vendor/Model        Debit Memo#      Service#       Road Service   Delivery Prp   Damage Reprs
=====================================================================================================================
KUKA  KM268H-STA                     808-1810509-001       75.00          .00           .00
MENG  MNT2007-5P                     808-1822371-001       75.00          .00           .00
MENG  MNT2007-6P                     808-1822373-001       75.00          .00           .00
MANWA UXN5572HM-L2-2EHZ              808-1824536-001       75.00          .00           .00
SAM   8470-531                       808-1824558-001       75.00          .00           .00
=====================================================================================================================
Total . . :                                              375.00          .00           .00

                                                         375.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 211-0082668 | 20191114 | PROMO40HDTV | 175.00 | 175.00 | 211 |
| 211-0083725 | 20191126 | AIRFRYER | 50.01 | 50.00 | 211 |
| 211-0084259 | 20191123 | TV-43INCH | 150.00 | 150.00 | 211 |
| 211-0084364 | 20191102 | TV-43INCH | 150.00 | 150.00 | 211 |
| 211-0084368 | 20191110 | TV-43INCH | 150.00 | 150.00 | 211 |
| 211-0084375 | 20191103 | TV-43INCH | 150.00 | 150.00 | 211 |
| 211-0084399 | 20191104 | TV-43INCH | (150.00) | (150.00) | 211 |
| | | | | 675.00 | |

Rockford
November 2019

| | |
|---|---|
| Google Search | $1,674 |
| Facebook | $4,185 |
| **Total Spend** | $5,859 |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 |
|---|---|
| STORE | 211 | ROCKFORD |
| INVOICE | 211-123119 |

| INVOICE DATE: | 3/8/2020 |
|---|---|
| DUE DATE: | 3/23/2020 |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ NONBONDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | ROCKFORD | ART VAN | ART VAN | 211-0083008 | 12/31/19 | DAMAGED/ACCESSORIES CREDIT | 1 | (222.18) | (222.18) | | | (222.18) |
| 211 | ROCKFORD | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 6,178.28 | 6,178.28 | | | 6,178.28 |
| 211 | ROCKFORD | ART VAN | ART VAN | 123119PSCR | 11/04/19 | PURESLEEP "BLACK FRIDAY WEEKEND" CONTEST - MO AVDELLARER | 1 | (500.00) | (500.00) | | | (500.00) |
| 211 | ROCKFORD | ART VAN | ART VAN | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 2,891.06 | 2,891.06 | | | 2,891.06 |
| 211 | ROCKFORD | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 325.00 | 325.00 | | | 325.00 |
| 211 | ROCKFORD | ADVERTISING | GOOGLE/FACEBOOK | 123119 | 12/31/19 | GOOGLE & FACEBOOK BILLING FROM CORP ACCOUNT | 1 | 3,912.00 | 3,912.00 | | | 3,912.00 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#61457 | 1 | 7.29 | 7.29 | | 0.44 | 7.73 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOFF FOR TOTS POSTERS GE#61434 | 2 | 12.79 | 12.79 | | 0.77 | 13.56 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 11/24 WINTER HOLIDAY SALE E2712 BXFRI | 6 | 6.82 | 6.82 | | 0.41 | 7.23 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#61601 | 200 | 7.36 | 7.36 | | 0.44 | 7.80 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MIGARD POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 24,938 | 2,487.39 | 2,487.39 | 39.63 | 149.24 | 2,676.26 |
| 211 | ROCKFORD | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 EVENT POSTERS ROUND 2-2VERSIONS GE#61954 | 6 | 7.47 | 7.47 | 6.97 | 0.45 | 14.89 |
| 211 | ROCKFORD | ADVERTISING | NTVB MEDIA, INC | 29237 | 11/22/19 | ART VAN ISSUE DATE) 11/22/19 BLACK FRIDAY PREVIEW | 18,050 | - | - | | | 734.07 |
| 211 | ROCKFORD | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/31/19 | ART VAN ISSUE DATE) 12/22/19 MATTRESS ONLY 4PG TAB | 50 | - | - | | | 0.95 |
| 211 | ROCKFORD | IT | PCM | 900746933 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTER | 4 | 348.31 | 1,393.24 | | | 1,393.24 |
| 211 | ROCKFORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943933 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 211 | ROCKFORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/24/19 | ART VAN TSS OCTOBER 2019 POSTAGE/PROCESSING/DPROJ | 3 | | - | | - | 2.00 |

| GRAND TOTAL | 211 | $ 17,331.79 |
|---|---|---|

Page 1 of 1

```
Run Date  . . :   /10/2020
Run Time  . . :  15:03:26
Store . . . :  211 ROCKFORD FR
Page  . . . :  00001
```

990708/ACC.        RC_SRV_CD
MAN898R/neWSYS

ART VA   NITURE
Franchise Service Credits
12/01/2019 to 12/31/2019

| Vendor/Model | Debit Memo# | Service# | Road Service | Delivery Prp | Damage Reprs |
|---|---|---|---|---|---|
| FLEX 1773-62PH | 808-1840107-001 | | 75.00 | .00 | .00 |
| Total . . : | | | 75.00 | .00 | .00 |
| | | | 75.00 | | |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 211-0084818 | 20191220 | SYG-100-M-BIKE | 75.00 | 75.00 | 211 |
| 211-0085487 | 20191229 | 50IN-TV | 250.00 | 250.00 | 211 |
| | | | | 325.00 | |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  6/16/20
 MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number          Street

_____
City          State          ZIP Code

Contact phone _____    Email _____